# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv271

| | |
|---|---|
| TBR INTERNATIONAL, INC., and ERNANE B. DOS SANTOS, ) ) ) Plaintiffs, ) ) vs. ) ) LONESTAR TRADING COMPANY, ) LLC and PEDRO BARRETO, ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the Court on the Defendants' Motion to Dismiss [Doc. 3].

Pursuant to 28 U.S.C. § 636(b) and the Standing Orders of Designation of this Court, United States Magistrate Judge Dennis L. Howell was designated to consider this motion and to submit recommendations for its disposition.

On September 21, 2012, the Magistrate Judge filed a Memorandum and Recommendation in which he recommended denying the Motion to Dismiss as moot in view of the amendment to the Complaint which the Magistrate

Judge allowed in the same Order.[1] [Doc. 8]. The parties were advised that any objections to the Magistrate Judge's conclusions and recommendations were to be filed in writing within fourteen days of service of the Memorandum and Recommendation and that failure to file objections thereto would preclude the parties from raising any objection on appeal. [Id., at 4]. The period within which to file objections expired on October 9, 2012 and no objections to the Memorandum and Recommendation have been filed.

Having conducted a careful review, the Court concludes that the Magistrate Judge's recommendation is supported by the facts of record and the law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation and denies the Defendants' Motion to Dismiss.

---

[1] In the same Order, the Magistrate Judge granted the Plaintiffs' Motion to File Amended Complaint (Doc. 6). That non-dispositive motion is not before this Court for review. The Court does note that the Amended Complaint was filed after the deadline set by the Magistrate Judge but no objection has been raised.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Dismiss [Doc. 3] is hereby **DENIED** as moot.

Signed: October 19, 2012

Martin Reidinger
United States District Judge