# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv271

| | |
|---|---|
| TBR INTERNATIONAL, INC. and ERNANE B. DOS SANTOS, ) ) ) Plaintiffs, ) ) vs. ) ) LONESTAR TRADING COMPANY, LLC, ) and PEDRO BARRETO, ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the Court on the Plaintiffs' Motion [Doc. 21].

Although not so denominated, the Plaintiffs' motion is actually to dismiss the Counterclaim of the Defendants for failure to state a claim. [Id.]. The one sentence motion, however, is not supported by a brief; and thus, no explanation of the manner in which the Counterclaim fails to state a claim is provided. The Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina require that supporting legal briefs be filed contemporaneously with motions. Local Rule 7.1(C). The Plaintiffs did not file a brief in support of the Motion to

Dismiss. As a result, the motion will be denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 21] is hereby **DENIED**.

Signed: April 18, 2013

Martin Reidinger
United States District Judge