# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00271-MR-DCK

| | |
|---|---|
| TRB INTERNATIONAL, INC. and ERNANE B. DOS SANTOS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **O R D E R** ) |
| LONESTAR TRADING COMPANY, LLC, and PEDRO BARRETO, | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Strike Defendants' Answer and Counterclaim [Doc. 33] and Plaintiffs' Motion for Summary Judgment [Doc. 34].

The Plaintiffs' Motions fail to comply with the requirement set forth in the Pretrial Order and Case Management Plan which requires that motions and briefs be in at least 14 point type. [Doc. 29 at 7]. Additionally, the Plaintiffs failed to include a supporting brief with their Motion to Strike, in violation of Local Civil Rule 7.1(C). For all of these reasons, the Plaintiff's Motions are denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion to Strike Defendants' Answer and Counterclaim [Doc. 33] and Plaintiffs' Motion for Summary Judgment [Doc. 34] are **DENIED WITHOUT PREJUDICE** due to their failure to comply with the Local Rules and the requirements of this Court.

**IT IS SO ORDERED.** Signed: February 10, 2014

Martin Reidinger
United States District Judge