THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00271-MR-DCK

| | |
|---|---|
| TBR INTERNATIONAL, INC. and<br>ERNANE B. DOS SANTOS,<br><br>        Plaintiffs,<br><br>vs.<br><br>LONESTAR TRADING COMPANY,<br>LLC, and PEDRO BARRETO,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   <u>O R D E R</u><br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court *sua sponte*.

On April 4, 2014, the Court entered an Order directing the Defendant Pedro Barreto to show cause in writing why he failed to attend the March 11, 2014 mediation and why an entry of default should not be made against him for failing to comply with the Orders of this Court. The Defendant was specifically advised in this Show Cause Order that "failure to respond in writing to this Order within fourteen days will result in the Court directing the Clerk to make an entry of default against" him. [Doc. 56 at 2].

The deadline for responding to the Show Cause Order has now passed, and Defendant Barreto has failed to respond in any way to the

Order.  Accordingly, the Court will direct the Clerk to make an entry of default against him.

**IT IS, THEREFORE, ORDERED** that the Clerk shall make an entry of default against Defendant Pedro Barreto.

**IT IS FURTHER ORDERED** that the pretrial conference scheduled for April 28, 2014 is hereby **CANCELLED**.  The Clerk is further directed to remove this case from the May 12, 2014 trial calendar.

**IT IS SO ORDERED.**   Signed: April 25, 2014

_____
Martin Reidinger
United States District Judge