# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| TBR International, Inc. | ) | DEFAULT |
| Ernane B. Dos Santos**,** | ) | JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 1:12-cv-00271-MR-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Lonestar Trading Company, LLC | ) | |
| Pedro Barreto**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2014 Order. Judgment is entered in favor of the Plaintiffs against the Defendants in the amount of Eighty Four Thousand Dollars ($84,000.00).

May 16, 2014

Frank G. Johns, Clerk
United States District Court